UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FORREST L. INGRAM, P.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 09 C 1967 |
| v ) | |
| ) | Judge Darrah |
| WALTER E. ROCKWELL, ) | |
| ) | |
| Defendant. ) | |

FILED
AUG 2 5 2009
AUG 25 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MOTION TO VACATE DEFAULT AND
FOR LEAVE TO APPEAR AND TO PLEAD TO COMPLAINT**

Defendant Walter E. Rockwell, by his attorney Lawrence Seiwert moves the Court to vacate any and all defaults heretofore entered against him and for leave to file his appearance and answer instanter. In support of this motion, defendant states as follows.

1. Defendant Rockwell has been served with summons in this case.

2. On information and belief, he is in default and this case is set for prove up on August 27th, 2009.

3. Defendant Rockwell has just recently retained attorney Lawrence Seiwert to represent him in this case. A proposed answer is being prepared and shall be filed or August 27, 2009.

4. No prejudice will be incurred by plaintiff if defendant is allowed to appear and plead at this time.

WHEREFORE Defendant Walter E. Rockwell moves the Court to vacate any and all defaults heretofore entered against him and for leave to file his appearance and answer instanter.

                          Respectfully Submitted,

                          Walter E. Rockwell

            BY _____
                     Lawrence Seiwert, His attorney

Lawrence Seiwert
33 North LaSalle Street
Suite 3400
Chicago, Illinois 60602
(312) 236-3663
ARDC NO. 2545853