UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

Forrest L. Ingram, P.C.
                              Plaintiff,

v.                                          Case No.: 1:09−cv−01967
                                                   Honorable John W. Darrah

Walter E. Rockwell
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 30, 2009:

      MINUTE entry before the Honorable John W. Darrah: Status hearing set for 10/1/09 is re−set to 10/27/09 at 9:00 a.m. Mailed notice. (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.