MHN



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

J.N



FILED
Oct 1, 2009
OCT X 1 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Lawrence P. Seiwert

FIRM: As Above

STREET ADDRESS: 33 N. La Salle #3400

CITY/STATE/ZIP: Chicago, IL. 60602

PHONE NUMBER: 312 236-3663

ARDC NO. (If Member of Illinois State Bar): 2545853

Email: LSeiwert@seiwertlaw.com

[X] I am a member of the General Bar for the Northern District of Illinois.

Fax: 312 732-0990

[ ] Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: No

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 09 CV 1967 | Ingram v. Rockwell | Darrah |
| | | |
| | | |
| | | |
| | | |

Attorney's Signature: [signed] Seiwert

Date: 10/1/09

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604