# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| FORREST L. INGRAM, P.C. | ) | |
| | ) | |
| Plaintiff, | ) | Case 09 CV 1967 |
| | ) | |
| | ) | |
| v. | ) | The Honorable Judge John W. Darrah |
| | ) | |
| WALTER E. ROCKWELL | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

## NOTICE OF MOTION

To:   Lawrence Seiwert
       33 North LaSalle Street, Suite 3400
       Chicago, IL 60602
       Fax: (312) 732-0990

    PLEASE TAKE NOTICE that on November 10, 2009 at 9:00 a.m., or as soon thereafter as counsel shall be heard, I will appear before the Honorable Judge John W. Darrah or such other judge as may be sitting in his stead in Courtroom 1203 in the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL, and shall then and there present Plaintiff's Motion to Proceed Pursuant to Bankruptcy Rule 362(c)(3)(A), a copy of which is enclosed and is herewith served upon you.

                                                         /s/ Michael V. Ohlman

FORREST L. INGRAM, P.C. #3120932
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838

CERTIFICATE OF SERVICE

      I, Vik Chaudhry, an attorney, certify that I have served a copy of the foregoing notice and its corresponding motion to the party named below via fax at the number listed below, before 5:00 p.m. on August 20, 2009.

                                                     /s/Michael V. Ohlman

To:    Lawrence Seiwert
        33 North LaSalle Street, Suite 3400
        Chicago, IL 60602
        Fax: (312) 732-0990