IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FORREST L. INGRAM P.C. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 09 C 1967 |
| ) | |
| WALTER E. ROCKWELL ) | |
| ) | |
| Defendant ) | |

## MOTION TO WITHDRAW AS ATTORNEY

Lawrence P. Seiwert moves the court to allow him to withdraw as attorney for the defendant Walter Rockwell in this case. In support of this motion, attorney Seiwert states the following:

1. At all prior times herein, Lawrence P. Seiwert has represented the defendant Walter E. Rockwell, a resident of El Cajon, California.

2. Rockwell has filed a bankruptcy in this matter in the Southern District of California on or about September 15, 2009. He has not communicated with attorney Seiwert since that date and has not responded to correspondence sent to him or his California attorney Quintin G. Shammam.

3. Given the state of this lack of cooperation for the past four months, attorney Seiwert cannot effectively represent Rockwell in this case and it seems apparent that Rockwell no longer views the services of Seiwert as necessary to the defense of this case.

4. No prejudice will result to any party if Seiwert is allowed to withdraw since the court has yet to set a discovery schedule or trial date.

Wherefore, Lawrence P. Seiwert moves the court to allow him to withdraw as attorney for the defendant Walter Rockwell in this case.

Respectfully Submitted,

/s/ Lawrence P. Seiwert
_____

| | |
|---|---|
| **NAME:** | LAWRENCE P. SEIWERT #2545853 |
| **ATTORNEY FOR:** | **Walter E. Rockwell** |
| **ADDRESS:** | 33 N. LaSalle Street, Suite 2222 |
| **CITY:** | Chicago, Illinois 60602 |
| **TELEPHONE:** | (312) 236-3663; (312) 236-3665 Fax |